*Impleaded, etc.*— *Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY E. GARNER, Respondent, v. FORTY MILE POWER AND DREDGING CO., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STOCKBRIDGE APARTMENTS, INC., Appellant, v. NEWARK TRUST COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILA B. RISHEL, Respondent, v. WARREN K. RISHEL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of CHARLES VICTOR WALTER, as Trustee, etc., of THEODORE PÉTREMONT, Deceased.— Motion to dismiss appeal denied, without costs, and with leave to renew if appellant does not proceed promptly with the appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN WALLMAN, Respondent, v. ROCCO CHIUSANO, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE GIRARD NATIONAL BANK, Respondent, v. BENJAMIN JAY BRODY, Appellant. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL WHITCOMB, Appellant, v. MATILDA WEISBECKER and Others, Respondents. — Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL WHITCOMB, Appellant, v. MATILDA WEISBECKER and Others, Respondents. In the Matter of the Application of MATILDA WEISBECKER and Others, as Executors and Trustees of CHARLES WEISBECKER, Deceased.— Motion granted; separate briefs to be filed upon each appeal and the said appeals to be ready for argument on or before October 28, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACQUES POLLATSCHEK, Appellant, v. HYKAUF REALTY CORPORATION and Another, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY AUSTIN HALL, Respondent, v. CLINTON MUDGE HALL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN C. STRUBBE, Appellant, v. BOWMAN HOTEL CORPORATION, Respondent. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERMAN N. KARP, INC., Respondent, v. STRATHMORE LEASING CO., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISABELLE TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Motion to